1
2
3
4
5

6        IN THE UNITED STATES DISTRICT COURT

7            FOR THE DISTRICT OF ARIZONA

8

9    Ruby Gatling,                      No. CV-15-08070-PCT-SMM

10              Plaintiff,               **ORDER**

11   v.

12   United States of America,

13              Defendant.

14

15        As set forth in the Rule 16 Scheduling Order (Doc. 68), a Final Pretrial

16   Conference in this matter is set for Monday, December 11, 2017. Currently, there is a

17   dispositive motion pending, therefore, the Court will vacate the Final Pretrial Conference

18   and reset it, if necessary, at a later date.

19        Accordingly,

20        **IT IS HEREBY ORDERED** vacating the Final Pretrial Conference set for

21   Monday, December 11, 2017 at 2:00 p.m. The Court will reset the Final Pretrial

22   Conference, if necessary, at a later date.

23        Dated this 17th day of November, 2017.

24

25

26                                        Honorable Stephen M. McNamee
27                                        Senior United States District Judge

28